ACCEPTED
12-14-00040-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/2/2015 2:01:54 PM
CATHY LUSK
CLERK

CAUSE NO. 12-14-00040-CR

LAWRENCE KELVIN
WALKER, JR.

§ IN THE

VS.

§ TWELFTH COURT

§ OF APPEALS

THE STATE OF TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/2/2015 2:01:54 PM
CATHY S. LUSK
Clerk

## MOTION TO
## RECALCULATE DEADLINES

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 114th Judicial District Court of Smith County, Texas.

2. The case below was styled State v. Lawrence Kelvin Walker, Jr. and numbered 114-1268-13.

3. Appellant was convicted of Indecency with a Child Sexual Contact.

4. Appellant was assessed a sentence of twenty (20) years confinement in the Texas Department of Criminal Justine - Institutional Division.

5. Notice of Appeal was given on February 4, 2014.

6. The Clerk's Record was filed on February 7, 2014; the Reporter's Record was filed on May 11, 2014.

7. The Appellant's Pro Se Brief was due on January 5, 2015. Counsel requests the Court an extension of at least sixty (60) days from January 5, 2015.

8. Appellant requests a recalculation of time due to the following facts and circumstances.

   A) On January 16, 2015, this Court remanded the case for a hearing to the 114th District Court on the issue of length of time to file a Pro Se Response to Brief.

B)   The trial court has until February 5, 2015 to submit a supplemental record and findings of fact to this Court.

C)   The calendar for this case still has a date of January 5, 2015 for the Appellant's Brief to be filed, and states in the Brief section that Appellant's Brief was not filed.

D)   It is unknown when Mr. Walker will be returned to a TDCJ unit with a more complete law library. Mr Walker has been provided, or if he will have access to the record there.

E)   While it appears that the trial court held a hearing, appellate counsel was not notified, did not appear, and did not know the hearing had been held until he received a letter from his client. While I did not locate any non-frivolous error to raise in this record, until the motion to withdraw is granted by this Court, Mr. Walker still has an attorney who should have been notified.

9.   Appellant requests an extension of time due to the above referenced facts and circumstances.

10.   Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Pro Se Brief for a period of sixty (60) days from January 5, 2015, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Law Office of James W. Huggler, Jr.
100 E. Ferguson, Suite 805
Tyler, Texas 75702
Tel: (903) 593-2400
Fax: (903) 593-3830

By: /S/ James W. Huggler, Jr.
James W. Huggler, Jr.
State Bar No. 00795437
Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on February 2, 2015, a true and correct copy of the above and foregoing document was served on Michael West, Smith County District Attorney's Office, 100 North Broadway, Tyler, Texas 75702, by regular mail, fax, hand delivery, or electronic filing.

/S/ James W. Huggler, Jr.
James W. Huggler, Jr.